SNYDER LAW, LLP
**Sean R. Burnett (SB# 227952)**
**Jessica Farley (SB# 280123)**
420 South Fairview Avenue, Suite 102
Santa Barbara, California  93117
Telephone No.:  805.692.2800
Facsimile No.:   805.692.2801
sburnett@snyderlaw.com
jfarley@snyderlaw.com

JS-6

Attorneys for Defendant TARGET CORPORATION

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| SODABEH TAHERI,<br><br>           Plaintiff,<br><br>v.<br><br>TARGET CORPORATION and DOES 1 to 30, inclusive,<br><br>           Defendants.<br>_____/ | Case No.  2:14-cv-05965-MWF-SHx<br><br>[Los Angeles County Superior Court Case No. BC539670]<br><br>Judge: Michael W. Fitzgerald<br>Magistrate Judge:   Stephen J. Hillman<br><br>**ORDER RE STIPULATION TO REMAND CASE TO SUPERIOR COURT**<br><br>[Filed concurrently with Stipulation]<br><br>Scheduling Conference:  Nov. 17, 2014<br><br>Time:                          11:00 a.m. |

Good cause appearing therefor, the Court orders as follows:

1. This matter shall be immediately remanded to the Los Angeles County Superior Court, where the parties to the Stipulation have agreed that plaintiff, SODABEH TAHERI, will not recover more than $74,999.00.

2. All pending deadlines and hearings in this Court are vacated.

IT IS SO ORDERED.

Dated: December 12,  2014

_____
JUDGE OF THE DISTRICT COURT

SNYDER LAW, LLP
420 S. Fairview Avenue
Suite 102
Santa Barbara, CA 93117

1

[PROPOSED] ORDER RE STIPULATION TO
REMAND CASE TO SUPERIOR COURT